# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

TERRELL E. NEWMAN,

                Defendant.

**8:01CR197**

**ORDER**

IT IS ORDERED that:

1.    The Government's unopposed motion to continue supervised release violation hearing (filing 111) is granted.

2.    Defendant Terrell E. Newman's violation of supervised release hearing is continued to November 4, 2013, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 22nd day of July, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge