IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:01-CR-197 |
| vs. | ORDER |
| TERRELL E. NEWMAN, | |
| Defendant. | |

Due to the defendant's likely unavailability, the defendant's violation of supervised release hearing set for 10:00 a.m. on May 22, 2015, is canceled. Instead, the Court will hold a status conference with counsel on May 26, 2015 at 2:00 p.m.

IT IS ORDERED:

1. The violation of supervised release hearing set for May 22, 2015, is canceled.

2. A telephonic status conference will be held before the undersigned judge at 2:00 p.m. on May 26, 2015. The undersigned's judicial assistant will initiate the call.

3. The defendant need not be present for the conference.

4. The Clerk of the Court shall provide a copy of this order to the United States Marshal.

Dated this 19th day of May, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge