IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 8:01-CR-197 |
| vs. | | |
| TERRELL E. NEWMAN, | | ORDER |
| Defendant. | | |

This matter is before the Court on the Petition for Offender Under Supervision (filing 96) and the government's Motion for Dismissal of Petition for Offender under Supervision (filing 123). The defendant has since been convicted of a multitude of state-law felonies, and sentenced to 2 terms of life imprisonment, 2 terms of 15 to 25 years' imprisonment, and a term of 20 months' to 5 years' imprisonment, each sentence to be served consecutively. *See State v. Newman*, 861 N.W.2d 123, 129 (Neb. 2015). His convictions and sentences have now been affirmed by the Nebraska Supreme Court. *Id.*

The government has requested that the Court dismiss the Petition for Offender under Supervision without prejudice and that the defendant be discharged from his remaining term of supervision. Being fully advised in the premises, the Court finds that no further purpose is served by supervision, so the petition will be dismissed and the defendant discharged from supervision.

IT IS ORDERED:

1. The Motion for Dismissal of Petition for Offender under Supervision (filing 123) is granted.

2. The Petition for Offender Under Supervision (filing 96) is dismissed without prejudice.

3. The defendant's supervised release is terminated, and he shall be discharged from supervision.

4. Proceedings in this case are terminated.

Dated this 26th day of May, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge